# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION


TEVIN VANCE                                                          Plaintiff

v.                                    3:07CV00172 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                            Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 2nd day of March, 2009.


_____
UNITED STATES MAGISTRATE JUDGE